| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Watson, Michael E.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2063** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1618 Fleetwood Dr.**<br>**Troy, MI**<br>ZIP Code **48098** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Oakland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Watson, Michael E.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Justin Grove**                              **October 30, 2009** |
| | Signature of Attorney for Debtor(s)                       (Date) |
| | **Justin Grove P71253** |

| **Exhibit C** |
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
| (Check any applicable box) |
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
| (Check all applicable boxes) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ |
| (Name of landlord that obtained judgment) |
| _____ |
| (Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Watson, Michael E.**

<strong>Signatures</strong>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Michael E. Watson**

Signature of Debtor  **Michael E. Watson**

**X** _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

**October 30, 2009**

Date

### Signature of Attorney*

**X** **/s/ Justin Grove**

Signature of Attorney for Debtor(s)

**Justin Grove P71253**

Printed Name of Attorney for Debtor(s)

**Dailey Law Firm, P.C.**

Firm Name

**28000 Woodward**
**Suite 201**
**Royal Oak, MI 48067**

Address

**Email: justin@daileylawyers.com**
**248-744-5005  Fax: 248-744-4440**

Telephone Number

**October 30, 2009**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Michael E. Watson**                             ,    Case No. _____

                       Debtor

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 11 | 214,000.00 | | |
| B - Personal Property | Yes | 7 | 29,650.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 255,080.71 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 15,700.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 85,069.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 5 | | | 5,704.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 5,056.00 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 243,650.00 | | |
| Total Liabilities | | | | 355,849.95 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Michigan

In re    **Michael E. Watson**                        ,    Case No. _____

                                     Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 15,700.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 15,700.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,704.00 |
| Average Expenses (from Schedule J, Line 18) | 5,056.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,980.15 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 18,380.71 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 15,700.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 85,069.24 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 103,449.95 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Michael E. Watson**                           ,     Case No. _____

                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 1618 Fleetwood Dr., Troy MI** | **Fee simple** | **J** | **214,000.00** | **222,000.00** |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **214,000.00** | (Total of this page) |
| | | Total > | **214,000.00** | |

  **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

## Account Information

Statement Date: 09/07/09
Property Address: 1618 FLEETWOOD DRIVE
                  TROY MI 48098

ACCOUNT NUMBER: 0655456772-4

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $220,775.58 |
| Interest Rate | 5.87500% |
| Interest Year to Date | $8,693.48 |

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 09/05/09 | 10/01/09 |
| Principal | $266.52 | $267.83 |
| Interest | $1,082.19 | $1,080.88 |
| **Total Amount** | **$1,348.71** | **$1,348.71** |

Page 1 of 3



## CitiMortgage

Take command of your mortgage - Visit Today!
**www.citimortgage.com**

**Customer service 1-800-283-7918***
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
**Sign up for E-Z Pay today.**

SIS0071D-264072502009AB10-09/07/09-7-118747-1



MICHAEL E WATSON
1618 FLEETWOOD DR
TROY MI 48098-2513

## Monthly Highlights

**Looking for a way to own your home sooner?** Enroll in The BiWeekly Advantage[SM] Plan and potentially save thousands in interest and pay off your loan sooner. Learn more at **www.citimortgage.com/biweeklyadvantage** or call **1-866-274-5462***.

**FIRST MONTH FREE! NETZERO INTERNET ACCESS**-Then Plans As Low As **$9.95/month.** CALL 1-866-NetZero Mention promo code T49445 OR go to www.866NetZero.com/T49445 NO credit card required. Great Features: Easy Online Sign-up Process. Spam and Email Virus Protection. Nationwide, Reliable Access. NETZERO INTERNET ACCESS. 

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Citi never sleeps

## Citi never sleeps

CitiMortgage

**cití**



Take command of your mortgage - Visit Today!

**www.citimortgage.com**

**Customer service** 1-800-283-7918*

*Calls are randomly monitored and recorded to ensure quality service

Would you like an easier way to make your mortgage payment?
**Sign up for E-Z Pay today.**

SIS0071D-2642421502009AC14-08/03/09-1278-154641-1

014641

MICHAEL E WATSON
1618 FLEETWOOD DR
TROY MI 48098-2513

## Account Information

| | |
|---|---|
| Statement Date: | 08/03/09 |
| Property Address | 1618 FLEETWOOD DRIVE |
| | TROY MI 48098 |
| | |
| ACCOUNT NUMBER: | 0665456772-4 |
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $221,042.10 |
| Interest Rate | 5.87500% |
| Interest Year to Date | $7,611.29 |

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 07/29/09 | 09/01/09 |
| Principal | $265.23 | $266.52 |
| Interest | $1,083.48 | $1,082.19 |
| **Total Amount** | **$1,348.71** | **$1,348.71** |

## Monthly Highlights

CitiMortgage is here to help you with your mortgage questions and concerns!
Contact us today to discuss possible solutions to pay your mortgage and stay in your home.
We're here to help – **Call 1-800-283-7918** or visit **citimortgage.com**.

Beware of Foreclosure Rescue Scams. HELP IS FREE! There is never a fee to receive assistance or information about your mortgage. We are here to help you with your mortgage concerns, call us today or for a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc/

**Let us do the work for you!** The Bi-Weekly Advantage℠ Plan is the convenient way to build equity, save interest and pay off your loan sooner. Enroll today at
**www.citimortgage.com/biweekly/advantage**.

There's never been a better time to cut the cable. Get DIRECTV today!
Packages start **as low as $29.99/mo.**
• FREE Installation in up to 4 rooms America's #1 satellite service
• #1 in customer satisfaction
**Call for details: 1-877-246-3106** - DirectstarTV - An Authorized DIRECTV Dealer

Help protect your family with ADT - America's #1 Home Security Provider. Get a FREE ADT-monitored home security system - Valued at $850 (With $99 customer installation charge and a monthly monitoring fee) Plus! Get a FREE $100 VISA® gift card! **Call for details 1-877-860-4197** Security Choice - ADT Authorized Company

YYNN*NNYY*NNNN*NNNN
264242150146410001

CMI-SSREG-0509

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

# Citi never sleeps®


**CitiMortgage**

## Account Information

Statement Date: 07/06/09
Property Address: 1618 FLEETWOOD DRIVE
TROY MI 48098

ACCOUNT NUMBER: 0655456772-4

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $221,307.33 |
| Interest Rate | 5.87500% |
| Interest Year to Date | $8,527.81 |

## Account Activity

| | PAYMENTS RECEIVED 07/04/09 | CURRENT PAYMENT DUE 08/01/09 |
|---|---|---|
| Date | | |
| Principal | $263.93 | $265.23 |
| Interest | $1,084.78 | $1,083.48 |
| Total Amount | $1,348.71 | $1,348.71 |

## Monthly Highlights

Beware of Foreclosure Rescue Scams. HELP IS FREE! There is never a fee to receive assistance or information about your mortgage. We are here to help you with your mortgage concerns! Call us today, or for a HUD-approved counselor, visit http://www.hud.gov/offices/hsg/sfh/hcc/fc/.

Build equity faster with The BiWeekly Advantage℠ Plan. Enroll today at www.citimortgage.com/biweeklyadvantage.

Take command of your mortgage - Visit Today!
**www.citimortgage.com**

Customer service **1-800-283-7918***
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS007ID-264221872009AC14-07/06/09-1267-119980-1

MICHAEL E WATSON
1618 FLEETWOOD DR
TROY MI 48098-2513

019980



YYNN*NYYN*NNNN*NNNN
264221870199800001

# Account Information

**Statement Date:** 06/01/09
**Property Address:** 1618 FLEETWOOD DRIVE
TROY MI 48038

**ACCOUNT NUMBER:** 0655456772-4

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $221,571.26 |
| Interest Rate | 5.87500% |
| Interest Year to Date | $5,443.03 |

# Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | 05/28/09 | 07/01/09 |
| Principal | $262.65 | $263.93 |
| Interest | $1,086.06 | $1,084.78 |
| **Total Amount** | **$1,348.71** | **$1,348.71** |

## Citi never sleeps®

**CitiMortgage**  citi®

Take command of your mortgage - Visit Today!
**www.citimortgage.com**

**Customer service 1-800-283-7918***
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
**Sign up for E-Z Pay today.**

SIS007ID-2642515220089AC12-06.01/09-7-131445-1

011445

MICHAEL E WATSON
1618 FLEETWOOD DR
TROY MI 48098-2513

# Monthly Highlights

Beware of Foreclosure Rescue Scams. HELP IS FREE! There is never a fee to receive assistance or information about your mortgage. We are here to help you with your mortgage concerns! Call us today, or for a HUD-approved counselor, visit:
http://www.hud.gov/offices/hsg/sfh/hcc/fc2

**The BIWeekly Advantage℠ Plan** could potentially save you thousands in interest without refinancing! Go to **www.citimortgage.com/biweeklyadvantage** to learn how.

NNNN*NNYN*NNNN*NNNN
264251520114450001



**0108800**
LIBER: 39103  PAGE: 717
$37.00 MORTGAGE
$4.00 REMONUMENTATION
05/07/2007 04:33:50 P.M.  RECEIPT# 0048423
PAID  RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

## MORTGAGE ⑩
Oakland

When recorded mail to:
ABN AMRO MORTGAGE GROUP, INC.
1201 EAST LINCOLN
MADISON HEIGHTS, MICHIGAN 48071-4171
ATTN:FINAL/TRAILING DOCUMENTS

Return to:
Title Source Inc.
1450 W Long Lake Rd.
Suite 400
Troy, MI 48098

This instrument was prepared by:
GAIL DECKER
INTERFIRST WHOLESALE, TRAILING DOCUMENTS
1201 EAST LINCOLN
MADISON HEIGHTS, MI 48071-4171


LOAN #: 655456772

─────────────────[Space Above This Line For Recording Data]─────────

CF# 253351?
R# 2553862

DEFINITIONS
Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.
(A) "Security Instrument" means this document, which is dated MARCH 26, 2007,           together with all Riders to this document.
(B) "Borrower" is MICHAEL E WATSON, AKA Michael Watson and Cynthia C. Watson, husband and wife


Borrower's address is 1618 FLEETWOOD DRIVE
                TROY, MI 48098.


Borrower is the mortgagor under this Security Instrument.
(C) "Lender" is ABN AMRO MORTGAGE GROUP, INC.



Lender is a CORPORATION,                              organized and existing under the laws of
DELAWARE.                               Lender's address is 2600 W. BIG BEAVER
RD., TROY, MICHIGAN 48084.


Lender is the mortgagee under this Security Instrument.
(D) "Note" means the promissory note signed by Borrower and dated MARCH 26, 2007.           The Note states that Borrower owes Lender ****************TWO HUNDRED TWENTY EIGHT THOUSAND AND NO/100 ***************************************************** Dollars (U.S.  $228,000.00     ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than APRIL 1, 2037.
(E) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."
(F) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

MICHIGAN--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3023 1/01       Initials: _____
© 1999-2004 Online Documents, Inc.            Page 1 of 9                              MRUDEED 0402
                                                                03-26-2007 10:50

LOAN #: 655456772

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

_Michael Watson_

_Michael Watson_ **(Seal)**
MICHAEL E WATSON -AKA Michael Watson

_Cynthia C. Watson_
Cynthia C. Watson

State of MICHIGAN                    County of _Oakland_

The foregoing instrument was acknowledged before me this _3-26-2007_ (date) by  MICHAEL E WATSON (name of person acknowledged) AKA Michael Watson and _Cynthia C. Watson, husband and wife._

_Zoanne Stone_
Signature of Person Taking Acknowledgment

ZOANNE STONE
NOTARY PUBLIC STATE OF MICHIGAN
Title or Rank  COUNTY OF OAKLAND
My Commission Expires September 22, 2007
Acting in the County of _____

Serial Number, if any

LIBER **19020**PG**238**    00-5 98 2 9 2 2 1 7



**STATE OF MICHIGAN**

**REAL ESTATE TRANSFER TAX**

OAKLAND
5 OCT 98
268

$   225.50-CO ★
$   1537.50-ST ★
#100003566 ★

$ 7.00   DEED
$ 225.50   DOCUMENTATION
1537.50   TRANSFER TAX (COMBINED)
5 OCT 98   2:29 P.M.
Warranty Deed - Statutory Form   RECEIPT# 268
M.C. 1565.151   RECORDED - OAKLAND COUNTY
LYNN D. ALLEN, CLERK/REGISTER OF DEEDS

KNOW ALL PERSONS BY THESE PRESENTS: That Suzanne M. Bennett and Thomas R. Place, wife and husband by LuAnn Timlin their Attorney if fact, Whose Power of Attorney if Recorded in Liber 18923 Page 532 of Oakland County Records.

Whose address is 1108 Morgan Ln., Manhattan, KS.  66503

Convey(s) and Warrant(s) to Michael E. Watson and Cynthia C. Watson, husband and wife

Whose address is 786 Oak Ridge Ct. SW, Lawrenceville, GA  30044-5619

The following described premises situated in the City  of Troy, County of Oakland   , State of Michigan, to-wit:

Lot 46, Forestview Village Subdivision, as recorded in Liber 135, Pages 25 through 28, of Plats, Oakland County Records.

135025

033967

OAKLAND COUNTY TREASURERS CERTIFICATE
I HEREBY CERTIFY that there are no TAX LIENS or TITLES held by the state or any individual against the within described and all TAXES on same are paid for five years previous to the date of this instrument, as appears by the records in the office except as stated.

1.00

8-27-98   C. HUGH DOHANY, County Treasurer
C. HUGH DOHANY, County Treasurer
Sec. 135, Act 206, 1893 as amended

Commonly known as: 1618 Fleetwood

For the full consideration of Two Hundred Five Thousand and 00/100 Dollars. ($205,000.00)

Subject to easements and restrictions of record and zoning ordinances if any

Tax I.D. Number: 20-18-128-008

Dated this 14th  Day of August    19 98

Witnesses:

STEPHEN F. PEW

LINDA RILEY

Signed by:

Suzanne M. Bennett by LuAnn Timlin  their attorney in fact

Thomas R. Place by LuAnn Timlin  their attorney in fact

**STATE OF MICHIGAN** )
                                    ) ss.
**COUNTY OF Oakland** )

The foregoing instrument was acknowledged before me this 14th day August of  19 98
By : Suzanne M. Bennett and Thomas R. Place, wife and husband by LuAnn Timlin their Attorney if fact, Whose Power of Attorney is Record in Liber 18923 Page 532 of Oakland County Records.

My commission expires:

STEPHEN F. PEW
Notary Public, Oakland County, MI
My Commission Expires March 30, 2002

Notary Public for
County, Michigan

1.00
2.00
C-225.50
S-1537.50
T-1763.00
1

Instrument drafted by: Richard Rennell, P24675, Poklar & Rennell, 26400 Lahser Road, #310, Southfield, MI

98001633

Return to: Michael E. Watson and Cynthia C. Watson, 1618 Fleetwood, Troy, MI  48098

Transfer Tax: $1763.00  Recording Fee: 10.00

O.K. - ML

## NOTICE OF ASSESSMENT, TAXABLE VALUATION, AND PROPERTY CLASSIFICATION

This form is issued under the authority of P.A. 206 of 1893, Sec. 211.24 (c), as amended.

FROM

**CITY OF TROY
ASSESSING DEPARTMENT
500 W BIG BEAVER
TROY, MI 48084-5254**

# THIS IS NOT
# A TAX BILL

NAME AND ADDRESS OF OWNER OR PERSON NAMED ON ASSESSMENT ROLL:

**WATSON, MICHAEL & CYNTHIA
1618 FLEETWOOD DR
TROY MI 48098-2513**

PROPERTY IDENTIFICATION: (Parcel Code required. Property address and legal description optional):

**88-20-08-128-008     1618 FLEETWOOD**

T2N, R11E, SEC 8 FOREST VIEW VILLAGE LOT 46

**THIS PROPERTY IS CLASSIFIED AS:   401 RES IMP**

**PRIOR YEAR'S CLASSIFICATION IF DIFFERENT:**

Proposal A, passed by the voters on March 15, 1994, places a limit on the value used to compute property taxes. Starting in 1995, your property taxes were calculated on Taxable Values (see line 1 below). If there is a number entered in the "Change" column at the right side of the Taxable Value line, that number is not your change in taxes. It is the change in Taxable Value.

Prior to 1995, your taxes were calculated on State Equalized Value (see line 4 below). State Equalized Value (SEV) is the Assessed Value multiplied by the Equalization Factor, if any (see line 3 below). State Equalized Value must be approximately 50% of market value.

**IF THERE WAS A TRANSFER OF OWNERSHIP** on your property in 2008, your 2009 Taxable Value will be the same as your 2009 State Equalized Value. Please see line 5 below regarding Transfer of Ownership on your property.

**IF THERE WAS NOT A TRANSFER OF OWNERSHIP** on your property in 2008, your 2009 Taxable Value is calculated by multiplying your 2008 Taxable Value (see line 1 below) by 1.044 (which is the Consumer Price Index for the current year). Physical changes in your property may also increase or decrease your Taxable Value. Your 2009 Taxable Value cannot be higher than your 2009 State Equalized Value.

| | PRIOR AMOUNT YEAR: 2008 | CURRENT AMOUNT YEAR: 2009 | CHANGE |
|---|---|---|---|
| 1. TAXABLE VALUE (Current amount is tentative): | $ 108,220 | $ 107,430 | $ −790 |
| 2. ASSESSED VALUE: | $ 133,640 | $ 107,430 | $ −26,210 |
| 3. TENTATIVE EQUALIZATION FACTOR:     1.00000 | | | |
| 4. STATE EQUALIZED VALUE (Current amount is tentative): | $ 133,640 | $ 107,430 | $ −26,210 |
| 5. There WAS/WAS NOT a transfer of ownership on this property in 2008.     Was Not | | | |

If you believe that these values, the property classification, or the information on line 5 is incorrect you may protest to the Local Board of Review, which will meet on:

TUESDAY, MARCH 3RD FROM 1:00 PM TO 9:00 PM, MONDAY, MARCH 9TH FROM 9:00 AM TO 5:00 PM AND TUESDAY, MARCH 10TH FROM 1:00 PM TO 9:00 PM. (YOU MUST MAKE AN APPOINTMENT NO LATER THAN 4:30 PM ON 03/10/09, (248) 524-3311.

**A taxpayer (resident or nonresident) may protest to the Board of Review in writing no later than March 10, 2009.**

**% Exempt As "Homeowners Principal Residence" Or As "Qualified Agricultural Property":     100.0000**

The denial of an exemption from the local school operating tax for "qualified agricultural properties" may be appealed to the local Board of Review. The denial of an exemption from the local school operating tax for "homestead" properties may be appealed to the Michigan Department of Treasury.

Protest at the Board of Review is necessary to protect your right to further appeals to the Michigan Tax Tribunal for valuation and exemption appeals and/or the State Tax Commission for classification appeals.

HOMEOWNER'S PRINCIPAL RESIDENCE AFFIDAVIT INFORMATION REQUIRED BY P.A. 247 OF 2003. If you purchased your principal residence after May 1 last year, to claim the principal residence exemption, if you have not already done so, you are required to file an affidavit on or before May 1.

# CITY OF TROY
## 2009 PROPERTY TAX NOTICE - JULY
### FISCAL YEARS

City, School and Community College
7-1-2009 to 6-30-2010

County
10-1-2008 to 9-30-2009

State Education Tax
10-1-2009 to 9-30-2010

**PAYABLE JULY 1, 2009 – SEPTEMBER 1, 2009
WITHOUT PENALTY AND INTEREST**

After September 1, 2009, penalty and interest of 4.5% will be added. An additional .5% interest will be added on the first day of each month thereafter.

WATSON, MICHAEL & CYNTHIA

1618 FLEETWOOD
TROY MI 48098-2513

1618 FLEETWOOD

PROP CLASS: 401
RES IMP

**PARTIAL DESCRIPTION OF PROPERTY**
T2N R11E, SEC 8 FOREST VIEW VILLAGE LOT 46

| PARCEL I.D. NUMBER | SCHOOL DIST. |
|---|---|
| 88-20-08-128-008 | 260 |

| *H.P.R. TAX BASE | TAXABLE VALUE | STATE EQUALIZED VALUE |
|---|---|---|
| 107,430 | 107,430 | 107,430 |

| % INCLUDED AS *H.P.R. | *NON H.P.R. TAX BASE |
|---|---|
| 100% | 0 |

| TAX DESCRIPTION | RATE PER $1,000 | AMOUNT |
|---|---|---|
| CITY GENERAL | 6.50000 | 698.29 |
| CITY CAPITAL | 1.53000 | 164.36 |
| CITY REFUSE | 0.75000 | 80.57 |
| CITY DEBT | 0.50000 | 53.71 |
| SCHOOL SUPPL | 2.33430 | 250.77 |
| SCHOOL DEBT | 2.05000 | 220.23 |
| ISD OPERATING | 0.20030 | 21.51 |
| ISD EXTRA VOTED | 3.16870 | 340.41 |
| COMM COLLEGE | 1.58440 | 170.21 |
| STATE EDUC TAX | 6.00000 | 644.58 |
| COUNTY OPERATING | 4.19000 | 450.13 |
| ADMINISTRATIVE FEE | | 20.97 |

**REASSESSMENTS**

SEE REVERSE SIDE FOR IMPORTANT PAYMENT INFORMATION

**PARCEL I.D. NUMBER 88-20-08-128-008**

*H.P.R. = HOMEOWNERS PRINCIPAL RESIDENCE

| TOTAL | PENALTY & INT. | TOTAL PAID | BALANCE |
|---|---|---|---|
| 3,115.74 | | | |

PHONE (248) 524-3333

RETAIN THIS LOWER PORTION FOR YOUR RECORDS. YOUR CANCELLED CHECK IS YOUR RECEIPT.

BEGINNING MARCH 1, 2010, this bill must be paid to Oakland County Treasurer, 1200 N. Telegraph, Pontiac, MI 48341, with additional penalties.

Checks accepted only as a conditional payment. If not honored by bank, tax is unpaid and subject to unpaid tax penalties. Post-dated checks or checks with errors will be returned which could result in late payments.

**PLEASE BRING ENTIRE BILL WHEN PAYING IN PERSON.**

# CITY OF TROY
## 2008 PROPERTY TAX NOTICE - DECEMBER
### FISCAL YEARS

| 'County Parks & Zoo Authority | School & OCPTA | HCMA |
|---|---|---|
| 10-1-2008 to 9-30-2009 | 7-1-2008 to 6-30-2009 | 1-1-2009 to 12-31-2009 |

PAYABLE DECEMBER 1, 2008 - FEBRUARY 14, 2009
3% PENALTY AFTER FEBRUARY 14, 2009

1618 FLEETWOOD

Prop Class: 401
RES IMP

WATSON, MICHAEL & CYNTHIA
1618 FLEETWOOD
TROY, MI 48098-2513

PARTIAL DESCRIPTION OF PROPERTY
T2N, R11E, SEC 8 FOREST VIEW VILLAGE LOT
46

BEGINNING MARCH 1, 2009 this bill must be paid to Patrick M. Dohany, Oakland County Treasurer, 1200 N. Telegraph, Pontiac, MI 48341, with additional penalties.

RETAIN THIS LOWER PORTION FOR YOUR RECORDS. YOUR CANCELLED CHECK IS YOUR RECEIPT.

Checks accepted only as a conditional payment. If not honored by bank, tax is unpaid and subject to unpaid tax penalties. Post-dated checks or checks with errors will be returned which could result in late payments.

| | 'H.P.R. TAX BASE | PARCEL I.D. NUMBER | SCHOOL DIST. |
|---|---|---|---|
| | 108,220 | 88-20-08-128-008 | 260 |
| % DECLARE AS 'H.P.R. | 'NON H.P.R. TAX BASE | TAXABLE VALUE | STATE EQUALIZED VALUE |
| 100% | 0 | 108,220 | 133,640 |

| TAX DESCRIPTION | RATE PER $1,000 | AMOUNT |
|---|---|---|
| COUNTY PARKS | 0.2415 | 26.13 |
| H/CL METRO AUTH | 0.2146 | 23.22 |
| SCHOOL SUPPL | 2.3108 | 250.07 |
| SCHOOL DEBT | 2.0510 | 221.95 |
| OCPTA SMART | 0.5900 | 63.84 |
| ZOO AUTHORITY | 0.1000 | 10.82 |
| ADMINISTRATIVE FEE | | 5.96 |

REASSESSMENTS

SEE REVERSE SIDE FOR IMPORTANT PAYMENT INFORMATION

'H.P.R. = HOMEOWNER'S PRINCIPAL RESIDENCE

| TOTAL | PENALTY & INT. | TOTAL PAID | BALANCE |
|---|---|---|---|
| 601.99 | | | |

PHONE (248) 524-3333

PLEASE BRING ENTIRE BILL WHEN PAYING IN PERSON.

LAST YEARS
WINTER TAXES
PAID IN DECEMBER

In re   **Michael E. Watson**                        ,    Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Account-** | J | 1,000.00 |
| | | **Bank of America Savings Account-** | J | 2,300.00 |
| | | **Michigan Catholic Credit Union- Savings Account** | H | 650.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Living Room Furniture- In Debtor's Possession. No individual item exceeds $500.00 in value.** | J | 750.00 |
| | | **Computer- In Debtor's Possession** | J | 200.00 |
| | | **Television- In Debtor's Possession** | J | 200.00 |
| | | **General Clothing - In Debtor's possession** | - | 250.00 |
| | | **Wedding Ring- In Debtor's Possession** | H | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | **Various bracelets and rings- In Debtor's possession** | H | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >       **6,550.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re    **Michael E. Watson**                                          ,     Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

In re   **Michael E. Watson**                                   ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Hundai Santa Fe- 85,000 Miles- Driven by Debtor's Daughter- | - | 3,200.00 |
| | | 2003 Toyota Highlander- 53,000 Miles- In Debtor's Possession | - | 11,000.00 |
| | | 2003 BMW 525I- 83,000 Miles- In Debtor's Possession | - | 8,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >       **22,700.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael E. Watson** ,                          Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Digital Camera- In Debtor's Possession | J | 50.00 |
| | | Camcorder- In Debtor's Possession | - | 100.00 |
| | | CD/DVD Collection- In Debtor's Possession | J | 50.00 |
| | | 3 Televisions- In Debtor's Possession | J | 200.00 |

Sub-Total >        400.00
(Total of this page)
Total >        29,650.00

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

09-73688-pjs    Doc 1    Filed 10/30/09    Entered 10/30/09 16:30:56    Page 20 of 53

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| KM8SC73D22U236549 | 2002 | HYUNDAI | SANTA FE | STA-WAGON |

| TITLE NUMBER | ISSUE DATE | ODOMETER | BRAND/LEGEND |
|---|---|---|---|
| 175W0810174 TS | 03/24/2008 | 073499 | |

| WEIGHT/FEE CATEGORY | ODOMETER BRAND |
|---|---|
| 21 | *ACTUAL MILEAGE* |

**OWNER(S) NAME AND ADDRESS**

MICHAEL EUGENE WATSON
1618 FLEETWOOD DR
TROY MI 48098

| First Secured Party | Filing Date |
|---|---|
| MICHIGAN CATHOLIC CREDIT UNION | |
| 255 E MAPLE | 03-21-2008 |
| TROY          MI          48083 | |

Release of First Lien:

X _____   _____
Signature of Agent          Date

## Title Assignment by Seller

State and federal laws require the seller(s) to indicate mileage when ownership is transferred. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.

**Completed by Seller**

I warrant that the ownership of the vehicle described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens:

| Printed Name of Purchaser(s) | | Date of Sale | Selling Price |
|---|---|---|---|
| Purchaser's Street Address | City | State | Zip |

I (we) certify that the odometer reading is: ☐☐☐☐☐☐ . ☒ and that to the best of my knowledge the odometer mileage is:
(No Tenths)

☐ actual mileage ☐ not actual mileage - **WARNING ODOMETER DISCREPANCY** ☐ exceeds mechanical limits of odometer (odometer has rolled over)

| Signature of Seller(s)  X | Printed Name of Seller(s) | | |
|---|---|---|---|
| Seller's Street Address | City | State | Zip |

**Completed by Buyer**

A $15.00 Late Fee is Due for Failure to Apply for Title Within 15 Calendar Days of Date of Assignment

"I am aware of the above odometer certification made by the seller(s)."

| Signature of Purchaser(s)  X | Printed Name of Purchaser(s) |
|---|---|

NEW LIENHOLDER INFORMATION: The information below must be on an application for title and presented to the Michigan Department of State.

| Secured Party: | Address: |
|---|---|

The State of Michigan, Michigan Department of State certifies that this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

MAILING ADDRESS

MICHIGAN CATHOLIC CREDIT UNION
255 E MAPLE RD
TROY MI 48083

**G62571314**

**\*\*NOTICE TO SELLERS\*\***
Sellers must keep a receipt or photocopy of the reassigned title for their records for 18 months or accompany the purchaser to a Secretary of State Office.



**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS**

# CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| JTEHF21A430123210 | 2003 | TOYOTA | HIGHLANDER | STA-WAGON |

| TITLE NUMBER | ISSUE DATE | ODOMETER | BRAND/LEGEND |
|---|---|---|---|
| 175W0850530 T | 03/26/2008 | 029080 | |

| WEIGHT/FEE CATEGORY | ODOMETER BRAND |
|---|---|
| 30 | *ACTUAL MILEAGE* |

OWNER(S) NAME AND ADDRESS

MICHAEL EUGENE WATSON
1618 FLEETWOOD DR
TROY MI 48098

First Secured Party

MICHIGAN CATHOLIC CU
255 E MAPLE RD
TROY          MI          48083

Filing Date
03-25-2008

Release of First Lien:

X _____

Signature of Agent                Date

## Title Assignment by Seller

State and federal laws require the seller(s) to indicate mileage when ownership is transferred. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.

**Completed by Seller**

I warrant that the ownership of the vehicle described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens:

| Printed Name of Purchaser(s) | | Date of Sale | Selling Price |
|---|---|---|---|
| Purchaser's Street Address | City | State | Zip |

I (we) certify that the odometer reading is: ☐☐☐☐☐☐ . ☒ and that to the best of my knowledge the odometer mileage is:
(No Tenths)

☐ actual mileage ☐ not actual mileage - WARNING ODOMETER DISCREPANCY ☐ exceeds mechanical limits of odometer (odometer has rolled over)

| Signature of Seller(s) X | Printed Name of Seller(s) | | |
|---|---|---|---|
| Seller's Street Address | City | State | Zip |

**Completed by Buyer**

A $15.00 Late Fee is Due for Failure to Apply for Title Within 15 Calendar Days of Date of Assignment

"I am aware of the above odometer certification made by the seller(s)."

| Signature of Purchaser(s) X | Printed Name of Purchaser(s) |
|---|---|

NEW LIENHOLDER INFORMATION: The information below must be on an application for title and presented to the Michigan Department of State.

| Secured Party: | Address: |
|---|---|

The State of Michigan, Michigan Department of State certifies that this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

MAILING ADDRESS

MICHAEL EUGENE WATSON
1618 FLEETWOOD DR
TROY MI 48098

G62592986

**NOTICE TO SELLERS**
Sellers must keep a receipt or photocopy of the reassigned title for their records for 18 months or accompany the purchaser to a Secretary of State Office.

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS

# CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| WBADT434X3G030730 | 2003 | BMW | 525I | FOUR DOOR |

| TITLE NUMBER | ISSUE DATE | ODOMETER | BRAND/LEGEND |
|---|---|---|---|
| 298W2060111 CS | 07/25/2008 | 070427 | |

| WEIGHT/FEE CATEGORY | ODOMETER BRAND |
|---|---|
| 37 | *ACTUAL MILEAGE* |

**OWNER(S) NAME AND ADDRESS**
MICHAEL EUGENE WATSON
1618 FLEETWOOD DR
TROY MI 48098

First Secured Party          Filing Date
MICHIGAN CATHOLIC CREDIT UNION
255 E MAPLE RD          07-24-2008
TROY          MI          48083

Release of First Lien:
X _____
Signature of Agent          Date

## Title Assignment by Seller

State and federal laws require the seller(s) to indicate mileage when ownership is transferred. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.

**Completed by Seller**

I warrant that the ownership of the vehicle described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens:

| Printed Name of Purchaser(s) | | Date of Sale | Selling Price |
|---|---|---|---|
| Purchaser's Street Address | City | State | Zip |

I (we) certify that the odometer reading is: ☐☐☐☐☐☐.☒ and that to the best of my knowledge the odometer mileage is:
(No Tenths)

☐ actual mileage ☐ not actual mileage · **WARNING ODOMETER DISCREPANCY** ☐ exceeds mechanical limits of odometer (odometer has rolled over)

| Signature of Seller(s) X | Printed Name of Seller(s) | | |
|---|---|---|---|
| Seller's Street Address | City | State | Zip |

**Completed by Buyer**

A $15.00 Late Fee is Due for Failure to Apply for Title Within 15 Calendar Days of Date of Assignment
"I am aware of the above odometer certification made by the seller(s)."

| Signature of Purchaser(s) X | Printed Name of Purchaser(s) |
|---|---|

**NEW LIENHOLDER INFORMATION:** The information below must be on an application for title and presented to the Michigan Department of State.

| Secured Party: | Address: |
|---|---|

The State of Michigan, Michigan Department of State certifies that this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

MAILING ADDRESS

MICHIGAN CATHOLIC CREDIT UNION
255 E MAPLE RD
TROY MI 48083

**G63692915**

**\*\*NOTICE TO SELLERS\*\***
**Sellers must keep a receipt or photocopy of the reassigned title for their records for 18 months or accompany the purchaser to a Secretary of State Office.**



**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS**

In re **Michael E. Watson**,      Case No. _____

            Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ■ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| Location: 1618 Fleetwood Dr., Troy MI | 11 U.S.C. § 522(d)(1) | 0.00 | 214,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America Checking Account- | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |
| Bank of America Savings Account- | 11 U.S.C. § 522(d)(5) | 2,300.00 | 2,300.00 |
| Michigan Catholic Credit Union- Savings Account | 11 U.S.C. § 522(d)(5) | 650.00 | 650.00 |
| **Household Goods and Furnishings** | | | |
| Living Room Furniture- In Debtor's Possession. No individual item exceeds $500.00 in value. | 11 U.S.C. § 522(d)(3) | 750.00 | 750.00 |
| Computer- In Debtor's Possession | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| Television- In Debtor's Possession | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| General Clothing - In Debtor's possession | 11 U.S.C. § 522(d)(3) | 250.00 | 250.00 |
| Wedding Ring- In Debtor's Possession | 11 U.S.C. § 522(d)(3) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Various bracelets and rings- In Debtor's possession | 11 U.S.C. § 522(d)(4) | 200.00 | 200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Hundai Santa Fe- 85,000 Miles- Driven by Debtor's Daughter- | 11 U.S.C. § 522(d)(2) | 0.00 | 3,200.00 |
| 2003 Toyota Highlander- 53,000 Miles- In Debtor's Possession | 11 U.S.C. § 522(d)(2) | 0.00 | 11,000.00 |
| 2003 BMW 525I- 83,000 Miles- In Debtor's Possession | 11 U.S.C. § 522(d)(2) | 0.00 | 8,500.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Digital Camera- In Debtor's Possession | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| Camcorder- In Debtor's Possession | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| CD/DVD Collection- In Debtor's Possession | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| 3 Televisions- In Debtor's Possession | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| | Total: | 6,950.00 | 243,650.00 |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Michael E. Watson**                                            ,   Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxxxx6772**<br><br>**Citi Mortgage**<br>**P.O. Box 183040**<br>**Columbus, OH 43218-3040** | | | | | 03/01/2007<br><br>**First Mortgage**<br><br>**Location: 1618 Fleetwood Dr., Troy MI** | | | | | |
| | | | | | Value $                214,000.00 | | | | 222,000.00 | 8,000.00 |
| Account No. **xxxxx50-02**<br><br>**Michigan Catholic Credit Union**<br>**255 E. Maple**<br>**Troy, MI 48083** | | | - | | 03/14/2008<br><br>**Purchase Money Security**<br><br>**2002 Hundai Santa Fe- 85,000 Miles-**<br>**Driven by Debtor's Daughter-** | | | | | |
| | | | | | Value $                3,200.00 | | | | 5,303.95 | 2,103.95 |
| Account No. **xxxxx50-02**<br><br>**Michigan Catholic Credit Union**<br>**255 E. Maple**<br>**Troy, MI 48083** | | | - | | 03/14/2008<br><br>**Purchase Money Security**<br><br>**2003 Toyota Highlander- 53,000 Miles- In**<br>**Debtor's Possession** | | | | | |
| | | | | | Value $                11,000.00 | | | | 14,001.73 | 3,001.73 |
| Account No. **xxxxx50-04**<br><br>**Michigan Catholic Credit Union**<br>**255 E. Maple**<br>**Troy, MI 48083** | | | - | | 07/01/2008<br><br>**Purchase Money Security**<br><br>**2003 BMW 525I- 83,000 Miles- In**<br>**Debtor's Possession** | | | | | |
| | | | | | Value $                8,500.00 | | | | 13,775.03 | 5,275.03 |

**0**   continuation sheets attached

| | Subtotal<br>(Total of this page) | 255,080.71 | 18,380.71 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 255,080.71 | 18,380.71 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

In re  **Michael E. Watson**
_____, Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1 continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __Michael E. Watson__ _____ ,   Case No. _____

_____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

                                            __Taxes and Certain Other Debts__
                                            __Owed to Governmental Units__

                                            TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx063-1** <br><br> **Direct Loans** <br> **P.O. Box 5609** <br> **Gaithersburg, MD 20898-9438** | - | | **03/01/2007** <br><br> **Student Loan** | | | | 8,800.00 | 0.00 | 8,800.00 |
| Account No. **xxxxxx063-2** <br><br> **Direct Loans** <br> **P.O. Box 5609** <br> **Greenville, TX 75403-5609** | - | | **08/01/2008** <br><br> **Student Loan** | | | | 6,900.00 | 0.00 | 6,900.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 15,700.00 | 0.00 <br> 15,700.00 |
| Total (Report on Summary of Schedules) | 15,700.00 | 0.00 <br> 15,700.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

In re **Michael E. Watson**                                   , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxxx6527<br><br>**Capital One**<br>**P.O. Box 105474**<br>**Atlanta, GA 30348-5474** | - | | | | 04/01/2008<br>**Unsecured Loan** | | | | 23,700.00 |
| Account No. xxxx-xxxx-xxxx-3468<br><br>**Capital One**<br>**P.O. Box 6492**<br>**Carol Stream, IL 60197-6492** | - | | | | 09/01/2002<br>**Credit card purchases** | | | | 18,800.00 |
| Account No. xxxx-xxxx-xxxx-9233<br><br>**Chase Bank**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | - | | | | 06/01/2004<br>**Credit card purchases** | | | | 20,500.00 |
| Account No. xxxx-xxxx-xxxx-8574<br><br>**Chase Bank**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | - | | | | 10/01/2003<br>**Credit card purchases** | | | | 22,069.24 |

| | | |
|---|---|---|
| **_0_** continuation sheets attached | Subtotal (Total of this page) | 85,069.24 |
| | Total (Report on Summary of Schedules) | 85,069.24 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        S/N:40824-091012    Best Case Bankruptcy

In re   **Michael E. Watson**                     ,       Case No. _____

                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

0
continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Michael E. Watson**                          ,      Case No. _____

                                     Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

0
    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

In re **Michael E. Watson**                                          Case No. _____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Daughter** | AGE(S): **17** **21** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **IT Contractor** | |
| Name of Employer | **Custom Business Solutions** | |
| How long employed | **4 Months** | |
| Address of Employer | **40480 Grand River Ave.** **Suite 107** **Novi, MI 48375** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **6,994.00** | $ **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ **N/A** |
| 3. SUBTOTAL | $ | **6,994.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | **1,290.00** | $ **N/A** |
| b. Insurance | $ | **0.00** | $ **N/A** |
| c. Union dues | $ | **0.00** | $ **N/A** |
| d. Other (Specify): | $ | **0.00** | $ **N/A** |
| | $ | **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,290.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **5,704.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ **N/A** |
| 8. Income from real property | $ | **0.00** | $ **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ **N/A** |
| | $ | **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ **N/A** |
| | $ | **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **5,704.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **5,704.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **Debtor's current contracting job will end January 2009. Debtor has no other employment options available at this time and it is unkown when and if another job oppurtunity will arise.**

H

Page 2 of 5
Statement Period
09-01-09 through 09-30-09
E 0  0 A P PA 24
Number of checks enclosed: 0
Account Number: 0003 9502 8022

MICHAEL E WATSON
AND CYNTHIA C WATSON

## Deposit Accounts

## MyAccess Checking

### MICHAEL E WATSON  AND CYNTHIA C WATSON

### Your Account at a Glance

| | | | |
|---|---|---:|---|
| Account Number | | 0003 9502 8022 | |
| Beginning Balance on 09-01-09 | $ | 1,419.84 | *Your account has overdraft protection provided by* |
| Deposits and Other Additions | + | 6,820.10 | *Deposit Account number 0003 9000 8593.* |
| Checks Posted | - | 3,144.22 | |
| ATM and Debit Card Subtractions | - | 1,183.00 | |
| Service Charges and Other Fees | - | 2.00 | |
| Other Subtractions | - | 2,855.50 | |
| **Ending Balance on 09-30-09** | **$** | **1,055.22** | |

## MyAccess Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 09-02 | 80.00- | 1,339.84 | BkofAmerica ATM 09/02 #000005607 Withdrwl |
| | | | Long Lake        Troy        MI |
| 09-03 | 20.00- | 1,319.84 | Check      2810 |
| 09-04 | 2,374.12 + | 3,693.96 | Custom Business Des:Payroll    ID:00412 2747 2063 |
| | | | Indn:Michael Watson        Co ID:1382477875 Ccd |
| 09-04 | 80.00- | 3,613.96 | BkofAmerica ATM 09/04 #000001191 Withdrwl |
| | | | Coolidge Road      Troy        MI |
| 09-08 | 1,348.71- | 2,265.25 | Citimortgage Inc Des:Check Pymt Check #:2829 |
| | | | Indn:017Ba467A25D03D0        Co ID:Citi Cmi    Arc |
| 09-08 | 100.00- | 2,165.25 | BkofAmerica ATM 09/05 #000001309 Withdrwl |
| | | | Coolidge Road      Troy        MI |
| 09-08 | 57.09- | 2,108.16 | Target        09/06 #000507945 ElectCHK |
| | | | Target        Troy        MI |
| | | | Chk# 2814 |
| 09-10 | 67.21- | 2,040.95 | Check      2813 |
| 09-10 | 50.00- | 1,990.95 | Check      2815 |
| 09-11 | 80.00- | 1,910.95 | BkofAmerica ATM 09/11 #000004859 Withdrwl |
| | | | Oakland Mall      Troy        MI |
| 09-14 | 350.00- | 1,560.95 | Check      2819 |
| 09-14 | 130.83- | 1,400.12 | Citicard Payment Des:Check Pymt Check #:2837 |
| | | | Indn:67270A45536C1D8A        Co ID:Citicards  Arc |
| 09-14 | 100.00- | 1,300.12 | BkofAmerica ATM 09/13 #000002932 Withdrwl |
| | | | Coolidge Road      Troy        MI |
| 09-14 | 61.00- | 1,239.12 | Chase        Des:Check Pymt Check #:2836 |
| | | | Indn:273975100100937        Co ID:9200602075 Arc |
| 09-15 | 1,013.67 + | 2,252.79 | Statre Sales Cor Des:Quickbooks ID:xxxxx2802 |
| | | | Indn:Watson, Cynthia C.        Co ID:9381963108 Ppd |
| 09-15 | 157.93- | 2,094.86 | Office Depot    Des:Purchase    Ck#2817 |
| | | | Indn:1400310000004404537995 Co ID:9036902219 Pop |
| 09-15 | 100.00- | 1,994.86 | Check      2852 |
| 09-15 | 69.85- | 1,925.01 | Check      2816 |
| 09-15 | 62.47- | 1,862.54 | Wal-Mart Stores Des:Purchase    Ck#2818        Troymi |
| | | | Indn:1400310000004404888984  Co ID:9037012873 Pop |

Page 2 of 5
Statement Period
08-01-09 through 08-31-09
E  0  0  A  P  PA  24
Number of checks enclosed: 0
Account Number: 0003 9502 8022

MICHAEL E WATSON
AND CYNTHIA C WATSON

## Deposit Accounts

## MyAccess Checking

### MICHAEL E WATSON  AND CYNTHIA C WATSON

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | | 0003 9502 8022 | |
| Beginning Balance on 08-01-09 | $ | 1,995.64 | *Your account has overdraft protection provided by* |
| Deposits and Other Additions | + | 10,088.74 | *Deposit Account number 0003 9000 8593.* |
| Checks Posted | - | 7,030.05 | |
| ATM and Debit Card Subtractions | - | 700.00 | |
| Other Subtractions | - | 2,934.49 | |
| Ending Balance on 08-31-09 | $ | 1,419.84 | |

### MyAccess Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 08-03 | 350.00- | 1,645.64 | Check        2790 |
| 08-03 | 196.01- | 1,449.63 | Meijer        Des:Purchase    Ck#2789      Rochmi |
| | | | Indn:14003100000042736033227  Co ID:9036070057 Pop |
| 08-03 | 100.00- | 1,349.63 | BkofAmerica ATM 08/01 #000001909 Withdrwl |
| | | | Coolidge Road      Troy      MI |
| 08-03 | 50.00- | 1,299.63 | Check        2792 |
| 08-03 | 35.33- | 1,264.30 | Target        08/03 #000156880 ElectCHK |
| | | | Target        Rochester Hil MI |
| | | | Chk# 2793 |
| 08-04 | 27.35- | 1,236.95 | Check        2791 |
| 08-05 | 73.45- | 1,163.50 | Check        2794 |
| 08-05 | 60.00- | 1,103.50 | BkofAmerica ATM 08/05 #000004551 Withdrwl |
| | | | Oakland Mall      Troy      MI |
| 08-07 | 2,367.18 + | 3,470.68 | Pay Systems      Des:Payroll    ID:00412 2747 2063 |
| | | | Indn:Michael Watson      Co ID:1382477875 Ccd |
| 08-07 | 10.00 + | 3,480.68 | BkofAmerica ATM 08/07 #000006355 Deposit |
| | | | Long Lake      Troy      MI |
| 08-07 | 80.00- | 3,400.68 | BkofAmerica ATM 08/07 #000006357 Withdrwl |
| | | | Long Lake      Troy      MI |
| 08-07 | 64.04- | 3,336.64 | Meijer        Des:Purchase    Ck#2795      Royami |
| | | | Indn:14003100000042912277017  Co ID:9036070034 Pop |
| 08-10 | 3,000.00 + | 6,336.64 | Online Banking transfer from Sav 8618 |
| | | | Confirmation# 2583443307 |
| 08-10 | 60.00- | 6,276.64 | BkofAmerica ATM 08/09 #000003918 Withdrwl |
| | | | Coolidge Road      Troy      MI |
| 08-11 | 759.68- | 5,516.96 | Check        2757 |
| 08-11 | 157.00- | 5,359.96 | Check        2822 |
| 08-12 | 151.00- | 5,208.96 | Check        2824 |
| 08-12 | 146.00- | 5,062.96 | Discover Arc    Des:Payments    Check #:2825 |
| | | | Indn:4689        Arcads    Co ID:0510020270 Arc |
| 08-12 | 130.20- | 4,932.76 | Check        2820 |
| 08-13 | 416.00- | 4,516.76 | Chase        Des:Check Pymt Check #:2758 |
| | | | Indn:272024202185746        Co ID:9200602075 Arc |

Page 2 of 5
Statement Period
07-01-09 through 07-31-09
E 0   0 A P P A  24
Number of checks enclosed: 0
Account Number: 0003 9502 8022

MICHAEL E WATSON
AND CYNTHIA C WATSON

## Deposit Accounts

## MyAccess Checking

### MICHAEL E WATSON  AND CYNTHIA C WATSON

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | 0003 9502 8022 | |
| Beginning Balance on 07-01-09 | $ | 2,947.09 |
| Deposits and Other Additions | + | 7,589.55 |
| Checks Posted | - | 1,922.93 |
| ATM and Debit Card Subtractions | - | 880.00 |
| Other Subtractions | - | 5,738.07 |
| **Ending Balance on 07-31-09** | **$** | **1,995.64** |

*Your account has overdraft protection provided by Deposit Account number 0003 9000 8593.*

## MyAccess Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 07-01 | 186.37- | 2,760.72 | Check      2731 |
| 07-01 | 161.47- | 2,599.25 | Check      2768 |
| 07-01 | 142.65- | 2,456.60 | Citicard Payment Des:Check Pymt Check #:2735<br>Indn:67270A45536C1D8A      Co ID:Citicards  Arc |
| 07-01 | 137.69- | 2,318.91 | At & T Mobility  Des:Check Pymt Check #:2737<br>Indn:xxxxx1395      Co ID:2004012801 Arc |
| 07-01 | 105.00- | 2,213.91 | Check      2739 |
| 07-01 | 100.00- | 2,113.91 | Macys Payment     Des:Check Pymt Check #:2736<br>Indn:03E1D20F4703Bf17      Co ID:Citi Dnsb  Arc |
| 07-01 | 80.00- | 2,033.91 | BkofAmerica ATM 07/01 #000003573 Withdrwl<br>Coolidge Road      Troy      MI |
| 07-01 | 44.00- | 1,989.91 | Check      2738 |
| 07-03 | 58.41- | 1,931.50 | Check      2770 |
| 07-06 | 1,348.71- | 582.79 | Citimortgage Inc Des:Check Pymt Check #:2740<br>Indn:017Ba467A25D03D0      Co ID:Citi Cmi   Arc |
| 07-06 | 44.48- | 538.31 | Check      2771 |
| 07-07 | 36.46- | 501.85 | Target      07/07 #000456308 ElectCHK<br>Target      Troy      MI<br>Chk# 2773 |
| 07-08 | 85.44- | 416.41 | Check      2772 |
| 07-08 | 60.00- | 356.41 | BkofAmerica ATM 07/08 #000005169 Withdrwl<br>Coolidge Road      Troy      MI |
| 07-08 | 41.32- | 315.09 | Check      2769 |
| 07-09 | 26.49- | 288.60 | Check      2775 |
| 07-10 | 2,381.06 + | 2,669.66 | Custom Business  Des:Payroll     ID:paysystems<br>Indn:Michael Watson      Co ID:1383241958 Ccd |
| 07-10 | 23.90- | 2,645.76 | Check      2774 |
| 07-13 | 140.00- | 2,505.76 | BkofAmerica ATM 07/11 #000005937 Withdrwl<br>Coolidge Road      Troy      MI |
| 07-14 | 80.00- | 2,425.76 | BkofAmerica ATM 07/14 #000006597 Withdrwl<br>Coolidge Road      Troy      MI |
| 07-15 | 1,091.13 + | 3,516.89 | Statre Sales Cor Des:Quickbooks ID:xxxxx2802<br>Indn:Watson, Cynthia C.      Co ID:9381963108 Ppd |
| 07-15 | 157.00- | 3,359.89 | Check      2746 |

Page 2 of 5
Statement Period
06-01-09 through 06-30-09
E 0   0 A P PA  24
Number of checks enclosed: 0
Account Number: 0003 9502 8022

MICHAEL E WATSON
AND CYNTHIA C WATSON

## Deposit Accounts

## MyAccess Checking

### MICHAEL E WATSON  AND CYNTHIA C WATSON

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 0003 9502 8022 |
| Beginning Balance on 06-01-09 | $ | 3,818.52 |
| Deposits and Other Additions | + | 5,316.08 |
| Checks Posted | - | 2,053.91 |
| ATM and Debit Card Subtractions | - | 943.00 |
| Service Charges and Other Fees | - | 2.00 |
| Other Subtractions | - | 3,188.60 |
| **Ending Balance on 06-30-09** | $ | 2,947.09 |

*Your account has overdraft protection provided by Deposit Account number 0003 9000 8593.*

## MyAccess Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 06-01 | 759.68- | 3,058.84 | Check        2721 |
| 06-01 | 141.56- | 2,917.28 | Citicard Payment Des:Check Pymt Check #:2719 Indn:67270A45536C1D8A        Co ID:Citicards  Arc |
| 06-01 | 80.00- | 2,837.28 | BkofAmerica ATM 06/01 #000007392 Withdrwl Oakland Mall        Troy        MI |
| 06-01 | 62.00- | 2,775.28 | Macys Payment        Des:Check Pymt Check #:2717 Indn:03E1D20F4703Bf17        Co ID:Citi Dnsb  Arc |
| 06-01 | 40.00- | 2,735.28 | Check        2720 |
| 06-02 | 204.82- | 2,530.46 | Meijer        Des:Purchase    Ck#2722        Rochmi Indn:140031000004105786690 Co ID:9036070057 Pop |
| 06-02 | 100.00- | 2,430.46 | Check        2694 |
| 06-03 | 96.81- | 2,333.65 | Wal-Mart Stores  Des:Purchase    Ck#2693        Aubumi Indn:140031000004111668876  Co ID:9037012354 Pop |
| 06-11 | 683.68+ | 3,017.33 | Uia Michigan        Des:Ui Benefit ID:08011568 Indn:M E  Watson        Co ID:1382538297 Ppd |
| 06-12 | 200.00- | 2,817.33 | BkofAmerica ATM 06/12 #000008027 Withdrwl Coolidge Road        Troy        MI |
| 06-12 | 157.00- | 2,660.33 | Check        2728 |
| 06-12 | 17.60- | 2,642.73 | Check        2695 |
| 06-15 | 1,091.02+ | 3,733.75 | Statre Sales Cor Des:Quickbooks ID:xxxxx2802 Indn:Watson, Cynthia C.        Co ID:9381963108 Ppd |
| 06-15 | 208.05- | 3,525.70 | Meijer        Des:Purchase    Ck#2696        Rochmi Indn:140031000004138946184  Co ID:9036070057 Pop |
| 06-15 | 151.00- | 3,374.70 | Check        2727 |
| 06-15 | 147.00- | 3,227.70 | Discover Arc        Des:Payments    Check #:2724 Indn:4689        Arcads    Co ID:0510020270 Arc |
| 06-15 | 109.72- | 3,117.98 | Check        2726 |
| 06-15 | 66.03- | 3,051.95 | Check        2697 |
| 06-15 | 40.24- | 3,011.71 | Allstate P&c Ins Des:Checkpaymt Check #:2729 Indn:0400000906669837000321  Co ID:9129798001 Arc |
| 06-16 | 622.58- | 2,389.13 | Capital One Loan Des:Check Pymt Check #:2725 Indn:0056811282652740784004  Co ID:9541719410 Arc |
| 06-16 | 48.24- | 2,340.89 | Check        2698 |

In re   **Michael E. Watson**                                        Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 1,348.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | | |
| b. Is property insurance included? | Yes ___ | No **X** | | |
| 2. Utilities: | a. Electricity and heating fuel | | $ | 293.00 |
| | b. Water and sewer | | $ | 75.00 |
| | c. Telephone | | $ | 165.00 |
| | d. Other  **Cable and Internet** | | $ | 80.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 75.00 |
| 4. Food | | | $ | 1,000.00 |
| 5. Clothing | | | $ | 75.00 |
| 6. Laundry and dry cleaning | | | $ | 30.00 |
| 7. Medical and dental expenses | | | $ | 75.00 |
| 8. Transportation (not including car payments) | | | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 200.00 |
| 10. Charitable contributions | | | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| | a. Homeowner's or renter's | | $ | 41.00 |
| | b. Life | | $ | 28.00 |
| | c. Health | | $ | 0.00 |
| | d. Auto | | $ | 220.00 |
| | e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify)   **Property Tax & Ad Valorem Ta** | | | $ | 337.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| | a. Auto | | $ | 764.00 |
| | b. Other | | $ | 0.00 |
| | c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other | | | $ | 0.00 |
| Other | | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,056.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. | Average monthly income from Line 15 of Schedule I | $ | 5,704.00 |
| b. | Average monthly expenses from Line 18 above | $ | 5,056.00 |
| c. | Monthly net income (a. minus b.) | $ | 648.00 |



**MICHIGAN CATHOLIC**
*Credit Union*
*Your Premier Financial Source Since 1956*

| | |
|---|---|
| **Troy**<br>Phone: (248) 689-7400 | **West Bloomfield**<br>Phone: (248) 363-6090 |
| **Sterling Heights**<br>Phone: (586) 939-4833 | **Lake Orion**<br>Phone: (248) 693-3400 |
| **Ann Arbor**<br>Phone: (734) 994-7781 | **Rochester**<br>Phone: (248) 651-4700 |
| **Lansing**<br>Phone: (517) 484-1937 | **Toll Free:** (866) 669-6228<br>www.michcathcu.org |

Statement of Accounts

Sep 16, 2009 thru Oct 15, 2009

Account Number: 6803850

Account Balances at a Glance:
Checking: 0.00
Savings: 176.29
Certificates: 0.00
Loans: 32,525.40
Money Market: 0.00

**NCUA** [EQUAL HOUSING LENDER]  Page: 1 of 2

3647 1 AT 0.357          7293-3647

MICHAEL E WATSON
1618 FLEETWOOD DR
TROY MI 48098

---

**Use an MCCU VISA credit card for all your holiday shopping and get a present
for yourself. Earn Double ScoreCard Bonus Points on every purchase from
November 27 - December 31, 2009. Transfer a balance of $500 - $10,000 from
another card to your MCCU VISA you will receive 1% cash back plus Double
ScoreCard Bonus Points on every dollar transferred.**

**Use your card at least five times between November 27, 2009 & February 28, 2010
& you will be entered into a drawing for 100,000 Scorecard Bonus Points. Two
winners will be chosen. Call 1.866.669.6228 for more details.**

---

# SAVINGS ACCOUNTS

## 00 REGULAR SHARE SAVINGS

| Date | Transaction Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| Sep 16 | Balance Forward | | | 176.17 |
| Sep 30 | Deposit Dividend 0.249% | 0.12 | | 176.29 |
| | Annual Percentage Yield Earned 0.260% from 09/01/2009 through 09/30/2009 | | | |
| | Based on Average Daily Balance of 566.17 | | | |
| Oct 15 | Ending Balance | | | 176.29 |

# LOAN ACCOUNTS

## 02 2002 HYANDI SANTA-FE

| Date | Transaction Description | Amount | Interest | Fees | Principal | Balance |
|---|---|---|---|---|---|---|
| Sep 16 | Balance Forward | | | | | 5,303.95 |
| Sep 21 | Payments by Check<br>MAIL IN | 172.01 | 32.77 | 0.00 | 139.24- | 5,164.71 |
| Oct 15 | Ending Balance | | | | | 5,164.71 |
| | Annual Percentage Rate 5.500%    Daily Rate .015068% | | | | | |
| | A Payment of 172.01 is due on 10/21/2009 | | | | | |

## 03 2003 TOYOTA HIGHLANDER LMTD

| Date | Transaction Description | Amount | Interest | Fees | Principal | Balance |
|---|---|---|---|---|---|---|
| Sep 16 | Balance Forward | | | | | 14,001.73 |
| Sep 21 | Payments by Check<br>MAIL IN | 305.92 | 86.50 | 0.00 | 219.42- | 13,782.31 |
| Oct 15 | Ending Balance | | | | | 13,782.31 |
| | Annual Percentage Rate 5.500%    Daily Rate .015068% | | | | | |
| | A Payment of 305.92 is due on 10/21/2009 | | | | | |

--- Continued on following page ---



MICHIGAN CATHOLIC
*Credit Union*
*Your Premier Financial Source Since 1960*

---

**04 2003 BMW 525I**

| Date | Transaction Description | Amount | Interest | Fees | Principal | Balance |
|------|------------------------|--------|----------|------|-----------|---------|
| Sep 16 | Balance Forward | | | | | 13,775.03 |
| Sep 21 | Payments by Check | 281.75 | 85.10 | 0.00 | 196.65- | 13,578.38 |
| | MAIL IN | | | | | |
| Oct 15 | Ending Balance | | | | | 13,578.38 |

Annual Percentage Rate 5.500%      Daily Rate .015068%
A Payment of 281.75 is due on 10/21/2009

## YTD SUMMARIES

TOTAL DIVIDENDS PAID
00 REGULAR SHARE SAVINGS                    3.79

TOTAL LOAN INTEREST PAID
02 2002 HYANDI SANTA-FE                    241.43
03 2003 TOYOTA  HIGHLANDER LMTD            618.68
04 2003 BMW 525I                          699.39

# United States Bankruptcy Court
## Eastern District of Michigan

In re    __Michael E. Watson__                           Case No. _____

                                         Debtor(s)            Chapter    __7__ _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __35__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date     __October 30, 2009__                     Signature:    __/s/ Michael E. Watson__

                                                                       Debtor

Date                                       Signature: _____

                                                      (Joint Debtor, if any)

                                     [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

       I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address

X _____              _____

Signature of Bankruptcy Petition Preparer                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the ____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____            Signature: _____

                                                 [Print or type name of individual signing on behalf of debtor]

           *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# United States Bankruptcy Court
### Eastern District of Michigan

In re    **Michael E. Watson**                    Case No. _____

                                     Debtor(s)         Chapter    **7**           

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$27,979.90** | **January 1 2009 through Date of Filing - Custom Business Solutions, Inc.** |
| **$58,635.16** | **2008- Electronic Data Systems, Inc** |
| **$29,532.01** | **2007- Electronic Data Systems, Inc** |
| **$50,054.19** | **2007- R.L. Polk & Co.** |
| **$31,688.60** | **2007-Interactive Business Systems, Inc.** |

## 2. Income other than from employment or operation of business

None
■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                          SOURCE

## 3. Payments to creditors

None
☐ *Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Citi Mortgage<br>P.O. Box 183040<br>Columbus, OH 43218-3040 | 07/28/2009<br>09/05/2009<br>10/05/2009 | $1,348.71 | $220,775.58 |
| Michigan Catholic Credit Union<br>255 E. Maple<br>Troy, MI 48083 | 08/11/2009<br>09/10/2009<br>10/11/2009 | $172.01 | $5,417.99 |
| Michigan Catholic Credit Union<br>255 E. Maple<br>Troy, MI 48083 | 08/16/2009<br>09/16/2009<br>10/16/2009 | $305.92 | $14,156.20 |
| Michigan Catholic Credit Union<br>255 E. Maple<br>Troy, MI 48083 | 08/01/2009<br>09/01/2009<br>10/01/2009 | $281.75 | $13,907.98 |

None
■   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
| --- | --- |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

| None ■ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
| --- | --- |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

| None ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
| --- | --- |

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

| None ■ | a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |
| --- | --- |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

| None ■ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |
| --- | --- |

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

| None ■ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |
| --- | --- |

| NAME | ADDRESS |
| --- | --- |

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                   DATE ISSUED

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| --- | --- |
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| --- | --- | --- |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 30, 2009**                Signature  **/s/ Michael E. Watson**
                                                      **Michael E. Watson**
                                                      Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X
Signature of Bankruptcy Petition Preparer                                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Michael E. Watson**           Case No. _____

                              Debtor(s)       Chapter    **7**

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.    The undersigned is the attorney for the Debtor(s) in this case.

2.    The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

     [ **X** ]    **FLAT FEE**

         A.      For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **1,200.00**

         B.      Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..    **1,200.00**

         C.      The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **0.00**

     [ ]    **RETAINER**

         A.      Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

         B.      The undersigned shall bill against the retainer at an hourly rate of $_____. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.    $ **299.00**   of the filing fee has been paid.

4.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

         A.      Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

         B.      Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

         C.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

         ~~D.      Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

         E.      Reaffirmations;

         F.      Redemptions;

         G.      Other:

              **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6.    The source of payments to the undersigned was from:

         A.    **XX**      Debtor(s)' earnings, wages, compensation for services performed

         B.    _____      Other (describe, including the identity of payor)

7.    The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:    **October 30, 2009**                               **/s/ Justin Grove**

                                                 Attorney for the Debtor(s)
                                                 **Justin Grove P71253**
                                                 **Dailey Law Firm, P.C.**
                                                 **28000 Woodward**
                                                 **Suite 201**
                                                 **Royal Oak, MI 48067**
                                                 **248-744-5005 justin@daileylawyers.com**

Agreed:    **/s/ Michael E. Watson**
          **Michael E. Watson**
          Debtor                                                    Debtor

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

**NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed name and title, if any, of Bankruptcy Petition Preparer<br>Address: | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

X _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose
Social Security number is provided above.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Justin Grove P71253** | X **/s/ Justin Grove** | **October 30, 2009** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Address:
**28000 Woodward**
**Suite 201**
**Royal Oak, MI 48067**
**248-744-5005**
**justin@daileylawyers.com**

### Certificate of Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Michael E. Watson** | X | **/s/ Michael E. Watson** | **October 30, 2009** |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |

| Case No. (if known) | X |
|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Michael E. Watson**        Case No.

                            Debtor(s)       Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **October 30, 2009**           **/s/ Michael E. Watson**

                                         **Michael E. Watson**
                                         Signature of Debtor

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

```
Capital One
P.O. Box 105474
Atlanta, GA 30348-5474

Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492

Chase Bank
P.O. Box 94014
Palatine, IL 60094-4014

Citi Mortgage
P.O. Box 183040
Columbus, OH 43218-3040

Direct Loans
P.O. Box 5609
Gaithersburg, MD 20898-9438

Direct Loans
P.O. Box 7202
Utica, NY 13504

Michigan Catholic Credit Union
255 E. Maple
Troy, MI 48083

Michigan Catholic Credit Union
255 E. Maple
Troy, MI 48083
```